IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY<br><br>Plaintiff,<br><br>v.<br><br>AMBASSADOR DEVELOPMENT, LLC, *et al.*<br><br>Defendants. | Case No. 1:08-cv-00982<br>Assigned to Judge John D. Bates |

## DEFENDANTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. ("Defendants"), by and through their undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move this Court to dismiss the Complaint filed by Plaintiff, Thomas J. Downey ("Plaintiff"). The grounds for this motion are set forth in the accompanying Memorandum of Law in Support, which is attached hereto and incorporated herein by reference.

                                                          ROBERT R. MONTAGNE, JR.,
                                                          THOMAS F. DUNGAN, III AND
                                                          THOMAS DUNGAN, JR.
                                                          By Counsel

By:    /s/ Jesse J. Ash
          Jesse J. Ash, Esq.
          D.C. Bar #: 485207
          REED SMITH LLP
          1301 K Street, N.W.
          Suite 1100 -- East Tower
          Washington, D.C. 20005
          Phone (202) 414-9200
          Fax (202) 414-9299

-2-

    Michael S. Dingman, Esq. (counsel)
    Richard D. Kelley, Esq. (counsel)
    REED SMITH LLP
    3110 Fairview Park Drive, Suite 1400
    Falls Church, Virginia 22042
    Phone (703) 641-4200
    Fax (703) 641-4340

Attorneys for Defendants

Dated: June 13, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2008, I served by electronic filing and first class mail, postage prepaid, a copy of the foregoing Motion to Dismiss upon:

>Richard T. Rossier, Esq.
>Marc E. Miller, Esq.
>Alex Menendez, Esq.
>McLeod Watkinson & Miller
>One Massachussetts Avenue, NW
>Suite 800
>Washington, DC 20001
>*Counsel for Plaintiff*

>/s/ Jesse J. Ash
>Jesse J. Ash

#539525