IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0982 (JDB) |
| ) | |
| AMBASSADOR DEVELOPMENT, LLC ) | |
| ET AL. ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF THOMAS J. DOWNEY'S MOTION TO STAY PENDING
RESOLUTION OF PLAINTIFF'S MOTION TO REMAND**

Plaintiff Thomas J. Downey ("Plaintiff"), by counsel, hereby moves this Court, pursuant to Rule 7(b)(1) of the Federal Rules of Civil Procedure and the inherent power of this Court to manage its docket, to stay further proceedings on Defendants' Motion to Dismiss until after the Court resolves Plaintiff's pending Motion to Remand. The grounds in support of this motion are as follows:

1. Plaintiff commenced this action in the Superior Court for the District of Columbia on May 9, 2008.

2. Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. (some but not all of the defendants) removed this action from the Superior Court for the District of Columbia by filing Notice of Removal on June 6, 2008.

3. On June 27, 2008, Plaintiff filed a Motion to Remand this action to the Superior Court for the District of Columbia based on the defect in defendant's removal.

4. Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. filed a motion to dismiss this action on June 13, 2008. Plaintiff's response thereto is due on June 30, 2008.

1

5. If this Court grants Plaintiff's Motion to Remand, Defendants' Motion to Dismiss will be moot, and Plaintiff's response thereto will be unnecessary.

6. The court has inherent power to exercise its discretion to stay proceedings on the Defendant's motion pending resolution of Plaintiff's Motion to Remand. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (U.S. 1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *accord United States v. Western Electric Co., Inc.*, 46 F.3d 1198, 1207 n.7 (D.C. Cir. 1995) ("a trial court has inherent power to control the sequence in which it hears matters on it calendar…").

WHEREFORE, Plaintiff respectfully requests this Court to stay further proceedings on Defendants' Motion to Dismiss until after this Court resolves Plaintiff's Motion to Remand. Should Plaintiff's Motion to Remand be denied, Plaintiff respectfully requests that the Court grant Plaintiff 14 days from the date of any order denying Plaintiff's Motion in which to file an opposition to Defendants' Motion to Dismiss.

Dated: June 27, 2008

Respectfully submitted,

_____
Richard T. Rossier (D.C. Bar No. 334649)
Marc E. Miller (D.C. Bar No. 948372)
Alex Menendez (D.C. Bar No. 470475)
MCLEOD WATKINSON & MILLER
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001
(202) 842-2345
(202) 408-7763

**<u>Compliance with LcvR 7(m)</u>**

Marc Miller, counsel for Plaintiff Thomas J. Downey conferred with counsel for Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. about the relief requested in this motion. Plaintiff was unable to secure Defendants' consent prior to the filing of this motion.

Dated: June 27, 2008

Respectfully submitted,

Richard T. Rossier (D.C. Bar No. 334649)
Marc E. Miller (D.C. Bar No. 948372)
Alex Menendez (D.C. Bar No. 470475)
MCLEOD WATKINSON & MILLER
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001
(202) 842-2345
(202) 408-7763

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, I electronically filed a copy of the foregoing Plaintiff Thomas J. Downey's Motion to Stay Pending Resolution of Plaintiff's Motion to Remand and Proposed Order via CM/ECF, which sent notice of such filing to:

Jessie J. Ash
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

Michael S. Dingman
Richard D. Kelley
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042

*Attorneys for Defendants Robert R. Montagne, Jr.,*
*Thomas F. Dungan, III and Thomas Dungan, Jr.*

I further certify that on this 27th day of June, 2008, I mailed a copy of the foregoing Plaintiff Thomas J. Downey's Motion to Stay Pending Resolution of Plaintiff's Motion to Remand and Proposed Order via First Class, postage prepaid to:

Ambassador Development, LLC
Notify: GYFB, INC.
2000 L St., N.W. #675
Washington, D.C. 20036

_____
Richard T. Rossier

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBASSADOR DEVELOPMENT, LLC )<br>ET AL. )<br>Defendants. )<br>) | Civil Action No. 08-0982 (JDB) |

### ORDER

In consideration of Plaintiff Thomas J. Downey's Motion to Stay Pending Resolution of Plaintiff's Motion to Remand, it is hereby

**ORDERED** that Plaintiff's Motion to Stay is granted. It is further

**ORDERED** further proceedings on Defendants' Motion to Dismiss are stayed pending this Court's resolution of Plaintiff's Motion to Remand.

SIGNED this _____ day of _____, 2008.

_____
JOHN D. BATES
United States District Judge

Richard T. Rossier
Marc E. Miller
Alex Menendez
MCLEOD WATKINSON & MILLER
One Massachusetts Avenue, NW
Suite 800
Washington, D.C. 20001

*Attorneys for Plaintiff*

Jessie J. Ash
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

Michael S. Dingman
Richard D. Kelley
REED SMITH LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042

*Attorneys for Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr.*

Ambassador Development, LLC
Notify: GYFB, INC.
2000 L St., N.W. #675
Washington, D.C. 20036


ND: 4845-9898-6754, Ver 1