IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY )<br><br>Plaintiff, )<br><br>v. )<br><br>AMBASSADOR DEVELOPMENT, LLC, *et al.* )<br><br>Defendants. ) | Civil Action No. 08-0982 (JDB) |

### DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

Defendants, Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. ("Defendants"), by and through their undersigned counsel, hereby move this Court for an Order, pursuant to Rule 83.2(d) of the Local Civil Rules of the United States District Court for the District of Columbia, permitting the appearance of attorney Richard D. Kelley, *pro hac vice*, on their behalf. In support of their motion, Defendants state as follows:

1. In addition to the undersigned counsel, Defendants wish to be represented in this action by attorney Richard D. Kelley, who is also an attorney with Reed Smith LLP. Mr. Kelley is a member in good standing before the bar of the Commonwealth of Virginia. In the past two years, Mr. Kelley has not requested to appear *pro hac vice* before this Court. Mr. Kelley's Declaration is attached hereto as Exhibit A.

2. Mr. Kelley is familiar with the facts and circumstances of the claims alleged in this action and is likewise familiar with the law that will control the outcome of this dispute. Defendants believe that the knowledge and expertise of Mr. Kelley will assist in the conduct of this action.

3.  The requirements of Local Rule 83(d) are met because Mr. Jesse J. Ash, of the law firm Reed Smith LLP, counsel of record for Defendants, is a member in good standing of the bar of this Court and will also serve as counsel to Defendants. In addition to being admitted to practice before this Court, Mr. Ash is admitted to the New York and the District of Columbia bars.

WHEREFORE, Defendants respectfully request that this Court grant this motion and admit Richard D. Kelley to practice before this Court *pro hac vice*.

Respectfully submitted,

ROBERT R. MONTAGNE, JR.,
THOMAS F. DUNGAN, III AND
THOMAS DUNGAN, JR.
By Counsel

By:     /s/ Jesse J. Ash
        Jesse J. Ash, Esq.
        D.C. Bar #: 485207
        REED SMITH LLP
        1301 K Street, N.W.
        Suite 1100 -- East Tower
        Washington, D.C. 20005
        (202) 414-9200

        Michael S. Dingman, Esq. (counsel)
        Richard D. Kelley, Esq. (counsel)
        REED SMITH LLP
        3110 Fairview Park Drive, Suite 1400
        Falls Church, Virginia 22042
        Phone (703) 641-4200
        Fax (703) 641-4340

Attorneys for Defendants

Dated: July 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2008, I served by electronic filing and first class mail, postage prepaid, a copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice*:

> Richard T. Rossier, Esq.
> Marc E. Miller, Esq.
> Alex Menendez, Esq.
> McLeod Watkinson & Miller
> One Massachussetts Avenue, NW
> Suite 800
> Washington, DC 20001
> *Counsel for Plaintiff*

/s/ Jesse J. Ash
Jesse J. Ash, Esq.

#543255

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> AMBASSADOR DEVELOPMENT, LLC, et al. ) <br><br> Defendants. ) | Civil Action No. 08-0982 (JDB) |

**DECLARATION OF RICHARD D. KELLEY
IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE***

I, Richard D. Kelley, declare the following under penalty of perjury in support of the motion for my application for admission *pro hac vice* as counsel for Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. in this matter:

1. I am an attorney with the firm of Reed Smith, LLP. My office address is 3110 Fairview Park Drive, Suite 1400, Falls Church, VA 22042. My office telephone number is (703) 641-4200.

2. I am currently licensed and in good standing before the bar of the Commonwealth of Virginia.

3. I have not been disciplined by any bar.

4. In the past two years, I have not been admitted *pro hac vice* in this Court.

5. I do not practice law from an office located in the District of Columbia.

I swear under penalty of perjury this 8th day of July, 2008 that the foregoing is true and correct to the best of my personal knowledge, information and belief.

*/s/ Richard D. Kelley*
Richard D. Kelley

#543256

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBASSADOR DEVELOPMENT, LLC, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0982 (JDB) |

## ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Richard D. Kelley, submitted by Defendants Robert R. Montagne, Jr., Thomas F. Dungan, III and Thomas Dungan, Jr. ("Defendants"), it is by the Court, this ____ day of _____, 2008, hereby

ORDERED that Defendants' Motion for Admission *Pro Hac Vice* is hereby GRANTED; and it is further hereby

ORDERED that Richard D. Kelley is admitted to appear and participate before this Court as addition counsel of record for Defendants in this matter.

_____
District Court Judge

#543257