UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. DOWNEY,<br><br>    Plaintiff,<br><br>        v.<br><br>AMBASSADOR DEVELOPMENT, LLC,<br>et al.,<br><br>    Defendants. | Civil Action No. 08-982 (JDB) |

## ORDER

Upon consideration of [6] plaintiffs' motion to remand and for costs and attorneys' fees, the parties' memoranda, the applicable law, and the entire record herein, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that this action is **REMANDED** forthwith to the Superior Court of the District of Columbia; and it is further

**ORDERED** that plaintiffs' request for costs and attorneys' fees is **DENIED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  August 1, 2008